# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Martinotti, Brian R. | 2. Court or Organization<br><br>U.S. District Court for the District of New Jersey | 3. Date of Report<br><br>08/10/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Court Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Clarkson S. Fisher Courthouse
402 East State Street
Trenton, NJ 08608

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2001 | NJ Defined Benefit Pension Plan |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Jan. 1-July 11, 2016 | NJ Superior Court Judge (salary) | $77,604.25 |
| 2. Aug. 1-Dec. 31, 2016 | NJ State Defined Benefit Pension (benefits) | $18,225.20 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Board of Education, Cliffside Park - Salary |
| 2. 2016 | Borough of Cliffside Park - Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Bank (Cash Account) | A | Interest | M | T | | | | | |
| 2. Connect One Bank (Cash Account) | A | Interest | M | T | | | | | |
| 3. IRA #1 (H) | | | | | | | | | |
| 4. Bank of America, NA RASP (X) | A | Interest | K | T | | | | | |
| 5. Lloyds TSB Bank PLC (X) | A | Dividend | J | T | | | | | |
| 6. ML Pfd. Capital Trust III (X) | A | Dividend | J | T | | | | | |
| 7. Royal Bk of Scot Grp. PLC (X) | A | Interest | J | T | | | | | |
| 8. Apple Common Stock (APPL) | A | Dividend | J | T | | | | | |
| 9. Dunkin' Brands Stock (DNKN) | A | Dividend | J | T | | | | | |
| 10. Facebook Stock (FB) | A | Dividend | J | T | | | | | |
| 11. General Electric Stock (GE) | A | Dividend | J | T | | | | | |
| 12. American Funds Fundamental Investors Class B (AFIBX) | A | Dividend | K | T | | | | | |
| 13. Americn Funds Income Fund of America Class B (AMECX) | A | Dividend | J | T | | | | | |
| 14. Columbia Dividend Income Fund Class B (LBSAX) | A | Dividend | K | T | | | | | |
| 15. Federated Kaufmann Large Cap Fund CL C (KLCCX) (X) | | None | K | T | | | | | |
| 16. Fidelity Advisors Materials Fund Class B (FMFAX) | A | Dividend | J | T | | | | | |
| 17. Invesco Unit Trs Unit (DVST15) (X) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Martinotti, Brian R.** | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ivy Large Cap Growth Fund CL B (WLGBX) (X) | B | Dividend | K | T | | | | | |
| 19. Lord Abbett Value Opportunities Fund Class A (LVOAX) | A | Dividend | J | T | | | | | |
| 20. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 21. Amazon Com Inc. Com. (AMZN) (X) | A | Dividend | J | T | | | | | |
| 22. JPMorgan Chase & Co. (JPM) (X) | A | Dividend | J | T | | | | | |
| 23. Occidental Pete Corp. Cal. (OXY) (X) | A | Dividend | J | T | | | | | |
| 24. United Techs Corp Com. (UTX) (X) | A | Dividend | J | T | | | | | |
| 25. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 26. Alphabet Inc Shs Cl C (GOOG) (X) | A | Dividend | K | T | | | | | |
| 27. Nike Inc Cl B (NKE) (X) | A | Dividend | J | T | | | | | |
| 28. Tesla Mtrs Inc. (TSLA) (X) | A | Dividend | J | T | | | | | |
| 29. United Techs Corp Com. (UTX) (X) | A | Dividend | J | T | | | | | |
| 30. Whirlpool Corp ((WHR) (X) | A | Dividend | J | T | | | | | |
| 31. BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 32. Coca-Cola Common Stock (KO) | A | Dividend | J | T | | | | | |
| 33. Cracker Barrel Old Country Store, Inc. (CBRL) | | None | J | T | Buy | 04/27/16 | J | | |
| 34. Disney Common Stock (DIS) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinotti, Brian R. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   Home Depot Inc. (HD) (X) | A | Dividend | K | T | | | | | |
| 36.   Intel Stock (INTC) | A | Dividend | J | T | | | | | |
| 37.   BROKERAGE ACCOUNT #4 (H) | | | | | | | | | |
| 38.   Bank of America Common Stock | A | Dividend | J | T | Sold<br>(part) | 01/04/16 | J | C | |
| 39. | | | | | Sold<br>(part) | 03/01/16 | J | C | |
| 40.   ConnectOne Bank Common Stock | A | Dividend | J | T | Sold<br>(part) | 01/04/16 | J | | |
| 41.   Sirius Stock | A | Dividend | J | T | | | | | |
| 42.   MISC. (H) | | | | | | | | | |
| 43.   Dreyfus Short-Intermediate Muni Bond<br>Fund-Class D (DSIBX) (Y) | | | | | | | | | |
| 44.   Bank of New Jersey Common Stock | A | Int./Div. | J | T | | | | | |
| 45.   Bank of New York Common Stock | B | Int./Div. | J | T | | | | | |
| 46.   Fidelity Advisor New Insights Fund Class B<br>(FNIAX) (Y) | | | | | | | | | |
| 47.   Fidelity Advisor New Insights Fund Class B<br>(FNIBX) (Y) | | | | | | | | | |
| 48.   Gillette Stock | A | Dividend | K | T | | | | | |
| 49.   International Blend Lazard Fund (Y) | | | | | | | | | |
| 50.   Ivy Asset Strategy Fund Class B (WASBX)<br>(Y) | | | | | | | | | |
| 51.   Mattel Stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Martinotti, Brian R.** | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Met Life Stock | A | Dividend | J | T | | | | | |
| 53. Newell Rubbermaid Stock | A | Dividend | J | T | | | | | |
| 54. Prudential Jen 20/20 Foc A (PTWAX) (Y) | | | | | | | | | |
| 55. Stanley Black and Decker Stock | A | Dividend | J | T | | | | | |
| 56. Vanguard Wellesley Income Fund (Y) | | | | | | | | | |
| 57. Vanguard Institutional Index Fund (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martinotti, Brian R. | 08/10/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 13, 14, and 16: Symbol corrections resulted from corporate action; no reportable transactions.

| Name of Person Reporting | Date of Report |
|---|---|
| Martinotti, Brian R. | 08/10/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brian R. Martinotti**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544